UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12CR307-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF FORFEITURE** |
| ) | **(MONEY JUDGMENT)** |
| v. ) | **BY CONSENT** |
| ) | |
| RAUMEEN ABDI SHIRAZ, ) | |
| ) | |
| Defendant. ) | |

In the Bill of Information in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as proceeds of the crime charged, together with any other substitute property, which would be subject to forfeiture under § 853(p).

Defendant entered into a plea agreement; subsequently pled guilty to Counts One and Two in the Bill of Information; and was adjudged guilty of the offenses charged in those counts. In the plea agreement, defendant has agreed to forfeit property identified in the indictment, including a money judgment for criminal proceeds, but the amount was left open.

The government has moved for a forfeiture money judgment and submitted an affidavit estimating the value of the controlled substances sold by defendant to be $37,000. Subsequently, however, the parties have negotiated and agreed to forfeiture of the sum of $20,000 as a money judgment in full settlement and satisfaction of the proceeds forfeiture herein. Defendant will pay the sum of $20,000 to the United States Marshals Service prior to sentencing, which amount shall be applied in satisfaction of the money judgment. Upon sentencing, the parties agree and

the Court finds that the money judgment will become final and that the $20,000 paid by defendant should be transferred by the Marshals Service to the Asset Forfeiture Fund.

It is therefore ORDERED that the following property is forfeited to the United States for disposition according to law: **the sum of $20,000 in criminal proceeds**, in the form of a money judgment against the defendant for this amount. The Marshals Service shall receive the proposed pre-payment of $20,000 by the defendant and, upon sentencing, shall transfer such payment to the Asset Forfeiture Fund.

ON MOTION AND BY CONSENT OF THE PARTIES:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
WILLIAM A. BRAFFORD
Assistant United States Attorney

_____
RAUMEEN ABDI SHIRAZ
Defendant

_____
EDWARD T. HINSON, JR.
Attorney for Defendant

SO ORDERED.

_____
ROBERT J. CONRAD JR., CHIEF JUDGE
WESTERN DISTRICT OF NORTH CAROLINA

8-23-13
Date