IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00307-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| RAUMEEN ABDI SHIRAZ | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 56: Opinion and Judgment; Doc. No. 56: Mandate).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing the business operation and computer monitoring conditions of supervision vacated on appeal, including whether the parties agree to any revised formulation of the conditions, within ten (10) days of the entry of this Order.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: September 4, 2019

_____
Robert J. Conrad, Jr.
United States District Judge