UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00307-RJC

| | |
|---|---|
| USA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>RAUMEEN ABDI SHIRAZ, )<br>      Defendant. ) | ORDER |

**THIS MATTER** is before the Court upon the parties' joint proposed resolution of the request of the United States Probation Office to modify the conditions of the defendant's supervision. (Doc. No. 40).

After an evidentiary hearing, the Court modified the defendant's supervision conditions by adding six conditions. (Doc. No. 46: Order). The United States Court of Appeals for the Fourth Circuit vacated conditions regarding computer monitoring and business approval and remanded the matter for further consideration. (Doc. No. 56: Opinion at 8). The parties have now proposed revised conditions necessary to monitor the defendant's conduct, to assure he is adhering to the conditions imposed, and to protect the public. (Doc. No. 40 at 1, 3).

**IT IS, THEREFORE, ORDERED** that the conditions of supervised release shall be modified to include:[1]

---

[1] All other conditions previously imposed and not vacated on appeal remain unchanged. (Doc. No. 30: Judgment at 3 (conditions 1-25); Doc. No. 46: Order at 1-3 (conditions 26, 28, 29, 31)).

27. The defendant shall install and use the computer and internet monitoring software "RemoteCOM" to assist in his supervision. The defendant shall register this software on his computer(s) and advise the United States Probation Office immediately upon his registration. RemoteCOM will only monitor his computer activities for "suspicious activities." "Suspicious activities" is limited to List I chemicals or substances, such as Methylone, that are illegal to possess and mixing agents. The defendant shall pay any costs related to the monitoring of computer usage.

30. If the defendant operates a chemical business, the business (i) must be limited to chemicals that are legal for him to possess, and (ii) must be operated in a facility that complies with applicable OSHA regulations. The defendant shall advise the United States Probation Office of any such business and its location. The defendant shall not be involved in the mixing of chemicals.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Probation Office, and the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

Signed: October 8, 2019

Robert J. Conrad, Jr.
United States District Judge